# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | Civil No. 09-0287 (JRT/JJB) |
| Plaintiff, | |
| v. | **ORDER** |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| Defendant, | |
| and | |
| VALSPAR CORPORATION, | |
| Intervenor. | |

This matter is before the Court on the parties' stipulation for an extended briefing schedule on Plaintiff Continental Casualty Company's Motion for Judgment as a Matter of Law or, Alternatively, Summary Judgment [Docket No. 32].

The Court hereby adopts the parties' stipulation [Docket No. 44] and ORDERS that all responsive briefs to Continental's Motion shall be filed on or before **November 10, 2009**, and that replies to responsive briefs be filed on or before **November 24, 2009**.

Dated: October 14, 2009
at Minneapolis, Minnesota

     s/John R. Tunheim     
JOHN R. TUNHEIM
United States District Judge