# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendant,<br><br>and<br><br>VALSPAR CORPORATION,<br><br>Intervenor. | Civil No. 09-0287 (JRT/JJG)<br><br>**ORDER** |

This matter is before the Court on the parties' stipulation for an extended briefing schedule on Plaintiff Continental Casualty Company's Motion for Judgment as a Matter of Law or, Alternatively, Summary Judgment [Docket No. 32].

The Court hereby adopts the parties' stipulation [Docket No. 51] and ORDERS that all responsive briefs to Continental's Motion shall be filed on or before **January 11, 2010**, and that replies to responsive briefs be filed on or before **January 25, 2010**.

Dated: November 9, 2009
at Minneapolis, Minnesota         s/John R. Tunheim
                                                                       JOHN R. TUNHEIM
                                                     United States District Judge