UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, | Civil No. 09-0287 (JRT/JJG) |
| Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | **ORDER** |
| Defendant, | |
| and | |
| VALSPAR CORPORATION. | |
| Intervenor. | |

---

This matter is before the Court on request made by the parties to submit letter briefs regarding the recent Minnesota Supreme Court decision in *Cargill, Inc. v. Ace American Ins. Co., et al.*

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties may each file a letter brief, not to exceed 2,500 words, by July 15, 2010.


DATED: July 8, 2010             ____s/ John R. Tunheim____
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
                                                           United States District Judge